1280

Original Process is **GRANTED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED.** The common pleas court is **DIRECTED** to adjudicate Petitioner's pending petition within 90 days.

Robert DAVIS, Petitioner

v.

The COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent.

No. 180 EM 2014.

Supreme Court of Pennsylvania.

Jan. 27, 2015.

### ORDER

PER CURIAM.

AND NOW, this 27th day of January, 2015, the Application for Extraordinary Relief is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Zavier SANCHEZ, Petitioner.

No. 179 EM 2014.

Supreme Court of Pennsylvania.

Jan. 27, 2015.

### ORDER

PER CURIAM.

AND NOW, this 27th day of January, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.Crim.P. 122. Counsel is **DIRECTED** to file a Petition for Allowance of Appeal within 15 days of this order.

A.S., Respondent

v.

I.S., Petitioner.

Supreme Court of Pennsylvania.

Jan. 29, 2015.

### ORDER

PER CURIAM.

AND NOW, this 29th day of January, 2015, the Petition for Allowance of Appeal

is **GRANTED.** The issues, as stated by petitioner, are:

(1) Whether, under Pennsylvania law, a former stepparent who has pursued and established equal parental rights as the children's natural parent—and per a court order, equally shares physical and legal custody with the natural parent—should be relieved of the duty to contribute to the children's support.

(2) If this Court finds that [a] duty of support lies with both parties who share physical and legal custody of the children, whether the amount of support owed is calculated by the statutorily imposed child support guidelines.